**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KIMBERLY CARABALLO FIGUEROA,

                Plaintiff,                            20 **CIVIL** 4306 (AT) (KHP)

    -v-                                         **<u>JUDGMENT</u>**

ANDREW SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 5, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, to include offering the plaintiff the opportunity for a new hearing and decision in accordance with the Commissioner's rules and regulations.

**Dated:** New York, New York
          February 5, 2021

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
              **BY:**      *K. Mango*
                                                           _____
                                                           **Deputy Clerk**